# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Billy Perry,<br><br>*on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Bay & Bay Transportation Services, Inc.,<br><br>Defendant. | Case File No. 22-cv-973 (JRT/ECW)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN** |

PLEASE TAKE NOTICE that Plaintiff, by and through counsel, respectfully moves the Court for an Order granting Preliminary Approval of a Class Action Settlement and Notice Plan.

The Motion is supported by the accompanying memorandum of law; declaration of Philip J. Krzeski, with the attached exhibits; the declaration of Richard Simmons (Analytics Declaration; Settlement Administrator), with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made the hearing.

Date: August 24, 2023

Respectfully submitted,

*/s/ Phil Krzeski*
Bryan L. Bleichner (MN 0326689)
Christopher P. Renz (MN 0313415)
Philip J. Krzeski (MN 0403291)
**CHESTNUT CAMBRONNE PA**

1

100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Terence R. Coates (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
*gklinger@milberg.com*

David K. Lietz (*pro hac vice*).
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5101 Wisconsin Ave. NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
*dlietz@milberg.com*

*Counsel for Plaintiff and Putative Class*

2