UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BILLY PERRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BAY & BAY TRANSPORTATION SERVICES, INC.,<br><br>    Defendant. | Case No. 22-cv-973 (JRT/ECW)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD TO PLAINTIFF** |

_____

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's September 8, 2023, Order Granting Preliminary Approval of Class Action Settlement and Notice Plan [Dkt. 62], Plaintiff, through Class Counsel, respectfully brings this Motion to the Court awarding attorneys' fees, reimbursement of expenses, and a service award to Plaintiff Billy Perry.

This Unopposed Motion is supported by the Memorandum of Law in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiff; the Declaration Dylan J. Gould in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiff, Declaration of Billy Perry, and attached exhibits, and all files, records, and proceedings in this matter.

1

Plaintiffs intend to file a proposed Order regarding Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award in the forthcoming filing pertaining to Plaintiff's Motion for Final Approval of Class Action Settlement.

Respectfully Submitted,

Dated: November 27, 2023

/s/Philip J. Krzeski
Bryan L. Bleichner (MN 0326689)
Christopher P. Renz (MN 0313415)
Philip J. Krzeski (MN (0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
*bbleichner@chesnutcambronne.com*
*crenz@chestnutcambronne.com*
*pkrzeski@chestnutcamrbonne.com*

Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
*gklinger@milberg.com*

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
*dlietz@milberg.com*

***Attorneys for Plaintiff and the Settlement Class***