## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Billy Perry,<br><br>*on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Bay & Bay Transportation Services, Inc.,<br><br>Defendant. | Case File No. 22-cv-973 (JRT/ECW)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN** |

**PLEASE TAKE NOTICE** that Plaintiff will move this Court on January 22, 2024 at 10:00 A.M. before the Honorable John R. Tunheim, United States District Judge, via video conference, for an Order granting its Unopposed Motion for Final Approval of Class Action Settlement and Notice Plan.

This Motion is supported by the accompanying Memorandum of Law in Support, the Declaration of Dylan J. Gould in Support of Final Approval, the Declaration of Settlement Administrator, the record references set forth in the Memorandum of Law, all of the records, files, and proceedings herein, and the arguments of counsel to be made at the hearing.

Respectfully submitted,

Dated: January 8, 2024       */s/Bryan L. Bleichner*
Bryan L. Bleichner (MN 0326689)
Christopher P. Renz (MN 0313415)
Philip J. Krzeski (MN 0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
*gklinger@milberg.com*

David K. Lietz (admitted *pro hac vice*).
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5101 Wisconsin Ave. NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
*dlietz@milberg.com*

*Counsel for Plaintiff and Putative Class*